summary judgment, rendering an opinion reported at 249 F.Supp. 386 (1965). We agree with the result reached, and with the substance of the reasoning expressed, in that opinion. The judgment for the United States is

Affirmed.

Myers, 5th Cir. 1966, 363 F.2d 615; National Insurance Underwriters v. United States, 5th Cir. 1966, 367 F.2d 584, decided November 9, 1966. The decision of the district court is

Affirmed.

**NATIONAL INSURANCE UNDERWRITERS–NATIONAL ASSOCIATED UNDERWRITING COMPANY, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 22677.**

United States Court of Appeals
Fifth Circuit.

Dec. 19, 1966.

Edward W. Killorin, George W. Hart, Atlanta, Ga., Gambrell, Harlan, Russell & Moye, Atlanta, Ga., Charles A. Moye, Jr., Atlanta, Ga., of counsel, for appellants.

Julius M. Hulsey, Asst. U. S. Atty., Atlanta, Ga., Robert J. Vollen, Alan R. Rosenthal, John C. Eldridge, Attys., Dept. of Justice, Washington, D. C., John W. Douglas, Asst. Atty. Gen., Charles L. Goodson, U. S. Atty., Robert V. Zener, Attys., Dept. of Justice, Washington, D. C., for appellee.

Before JONES, WISDOM and GOLDBERG, Circuit Judges.

PER CURIAM:

The question here presented has been twice decided by this Court adversely to appellant's contentions. United States v.

**The SLIPPER CORPORATION, a corporation, Appellant,**

v.

**Maurice H. FRIEDMAN et al., and the United States of America, Appellees.**

**No. 20870.**

United States Court of Appeals
Ninth Circuit.

Jan. 5, 1967.

Neil McCarroll, John Goff, Los Angeles, Cal., for appellant.

Joseph L. Ward, U. S. Atty., Las Vegas, Nev., Leo K. Gold, Beverly Hills, Cal., Baird, Holley, Baird & Galen, Glaser & Glaser, Los Angeles, Cal., G. William Coulthard, Samuel S. Lionel, Thomas A. Foley, Las Vegas, Nev., for appellees.

Before JERTBERG, MERRILL and DUNIWAY, Circuit Judges.

PER CURIAM:

The motion to dismiss the appeal is denied. The appeal is from an order denying the appellant's motion to set aside a default judgment. This court is unable to say that the trial judge abused his discretion in denying the motion to set aside the default judgment.

Affirmed.